JOHN BYRON ET AL. *v.* CHIBLI KHALIL
(14234)

O'CONNELL, FOTI and HEIMAN, Js.

Submitted on briefs May 26—decision released June 27, 1995

*Edward J. Gallagher* filed a brief for the appellant (defendant).

*Roy H. Ervin, Jr.,* filed a brief for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.